IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION


LEWIS ALLEN WRIGHT,                §
        Petitioner,                §
VS.                                §    CIVIL ACTION NO.4:07-CV-410-Y
                                   §
NATHANIEL QUARTERMAN,              §
Director, T.D.C.J.                 §
Correctional Institutions Div.,    §
        Respondent.                §


ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

        In this action brought by petitioner Lewis Allen Wright under

28 U.S.C. § 2254, the Court has made an independent review of the

following matters in the above-styled and numbered cause:

        1.    The pleadings and record;

        2.    The proposed findings, conclusions, and recommendation of
              the United States magistrate judge filed on October 2,
              2007; and

        3.    The petitioner's written objections to the proposed
              findings, conclusions, and recommendation of the United
              States magistrate judge filed on October 25, 2007.

        The Court, after **de novo** review, concludes that Wright's

objections must be overruled, that the respondent's motion to

dismiss and the other pending motions should be denied, and that

the petition for writ of habeas corpus should be denied, for the

reasons stated in the magistrate judge's findings and conclusions.

        Therefore, the findings, conclusions, and recommendation of

the magistrate judge are ADOPTED.

        Petitioner's motion to appoint counsel [docket no. 2], motion

for discovery [docket no. 3], and motion to expedite appointment of

counsel [docket no. 9], are DENIED.

        Respondent's motion to dismiss [docket no. 8] is DENIED.

Lewis Allen Wright's petition for writ of habeas corpus is DENIED.

SIGNED October 29, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE